**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      In re Health Care Services, Inc. d/b/a Groves Security Solutions and All Occupants of 829 Yale Street, Houston, TX

Appellate case number:   01-21-00030-CV

Trial court case number:  1150005

Trial court:              County Court at Law No. 1 of Harris County

Relator, Health Care Services, Inc. d/b/a Groves Security Solutions and All Occupants of 829 Yale Street, Houston, TX, has filed an emergency motion for temporary relief asking this Court to stay trial court proceedings while their original proceeding is pending in this Court. *See* TEX. R. APP. P. 52.10. We **deny** relator's request for emergency temporary relief.

It is so **ORDERED**.

Judge's signature:          /s/ Sherry Radack
                         ☑ Acting individually   ☐ Acting for the Court

Date:   January 15, 2021